```
IN THE UNITED STATES DISTRICT COURT FOR THE

                DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,    )
                             )
            Plaintiff,       )        8:11CR38
                             )
      v.                     )
                             )
ANTONE L. GREEN,             )        ORDER
                             )
            Defendant.       )
_____)
```

This matter is before the Court on the motion to dismiss forfeiture allegation and close forfeiture case (Filing No. 29) and the amended motion to dismiss forfeiture allegation and close forfeiture case (Filing No. 30). Noting the amended motion contains a different date in the certificate of service, the Court finds the original motion will be denied as moot and the amended motion will be granted. Accordingly,

IT IS ORDERED:

1) Plaintiff's motion to dismiss forfeiture allegation and close forfeiture case (Filing No. 29) is denied as moot.

2) Plaintiff's amended motion to dismiss forfeiture allegation and close forfeiture case (Filing No. 30) is granted. The forfeiture allegation of the indictment is dismissed.

DATED this 18th day of October, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court